486

Lori TAYLOR, In her Own Right and as Parent and
Natural Guardian of Ryan E. Taylor, A Minor,

v.

The WASHINGTON HOSPITAL, Paul Wodlinger, M.D., Edward
Foley, M.D., Individually and T/D/B/A Pediatric Associates
of Washington, and Children's Hospital of Pittsburgh,

Petition of Paul Wodlinger, M.D. and Edward Foley,
M.D., Individually and T/D/B/A/ Pediatric
Associates of Washington.

Supreme Court of Pennsylvania.

Nov. 6, 2002.

## ORDER

AND NOW, this 6th day of November, 2002, the Petitions
for Allowance of Appeal are hereby **GRANTED, LIMITED** to
the following issue:

Whether Pa.R.C.P. 238(a)(2) places a cap on the time period
which must be excluded in the calculation of delay damages
under Rule 238(b)(2).